relentless innovation and creativity™

Home › Catalog › All Aluminum Products (numeric/alphabetic order) › Carabiners › Custom Shaped



## Heart Mini

**SKU: 132H**                                                                 **$3.00**

Approximate size is 2 1/2 inches (tall) x 2 1/2 inches (wide)
Available as assorted only.
Patent# D487,014

**Color:** *
Please select

**Quantity:**
1





Click to Enlarge

Custom Shaped

      

Home    Cart    Contact Us    Shipping Information    Policies and Disclaimers

 

All Patterns and Designs © 2009 Bison Designs, LLC
Website Design © 2009 Skyward Technology