US00D487014S

(12) **United States Design Patent**  (10) Patent No.: **US D487,014 S**
Kelleghan  (45) Date of Patent: ** *Feb. 24, 2004

(54) **CURVED HEART SHAPED CARABINER**

(75) Inventor: **Brian James Kelleghan**, Longmont, CO (US)

(73) Assignee: **Bison Designs, L.L.C.**, Longmont, CO (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/173,268**

(22) Filed: **Dec. 23, 2002**

(51) **LOC (7) Cl.** .................................................. **08-05**
(52) **U.S. Cl.** ...................................................... **D8/356**
(58) **Field of Search** ........................ D1/104, 120, 126; D8/333, 356, 367, 370, 383; D11/103, 133, 157, 200, 211; 24/583.1, 587.1, 588.1, 588.11, 594.11, 598.1, 598.2, 598.3, 598.4, 599.1, 599.2, 599.3, 599.5, 599.6, 599.7, 599.8, 599.9, 600.1, 600.3, 600.9, 601.5; 248/231.9, 231.91, 925; 294/82.17, 82.19, 82.2; 428/7, 13, 28

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D33,634 S | * | 12/1900 | Lord, Jr. | .......................... | D8/38 |
| D302,831 S | * | 8/1989 | Lau | .............................. | D19/65 |
| 5,329,675 A | | 7/1994 | McLean et al. | | |
| 5,390,510 A | * | 2/1995 | Tirio-Cloonan | ............. | 63/1.15 |
| D447,932 S | * | 9/2001 | Kelleghan | .................... | D8/356 |
| D454,054 S | | 3/2002 | Kelleghan | | |
| D465,146 S | * | 11/2002 | Kopplin | ....................... | D8/356 |

* cited by examiner

*Primary Examiner*—Doris V. Coles
*Assistant Examiner*—Elizabeth A. Albert
(74) *Attorney, Agent, or Firm*—Rick Martin; Patent Law Offices of Rick Martin P.C.

(57) **CLAIM**

The ornamental design for a curved heart shaped carabiner, as shown and described.

**DESCRIPTION**

FIG. **1** is a top or bottom plan view, which are mirror images, of my new design for a curved heart shaped carabiner.
FIG. **2** is a right elevation view of the carabiner shown in FIG. **1**.
FIG. **3** is a left side elevation view of the carabiner shown in FIG. **1**.
FIG. **4** is a front side elevation view of the carabiner shown in FIG. **1**.
FIG. **5** is a rear side elevation view of the carabiner shown in FIG. **1**.
FIG. **6** is a top perspective view of the carabiner shown in FIG. **1**.
FIG. **7** is a top or bottom plan view, which are mirror images, of an alternate embodiment of my new design for a curved heart shaped carabiner.
FIG. **8** is a right elevation view of the carabiner shown in FIG. **7**.
FIG. **9** is a left elevation view of the carabiner shown in FIG. **7**.
FIG. **10** is a front elevation view of the carabiner shown in FIG. **7**.
FIG. **11** is a rear elevation view of the carabiner shown in FIG. **7**; and,
FIG. **12** is a top perspective view of the carabiner shown in FIG. **7**.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**  Feb. 24, 2004  Sheet 1 of 2  **US D487,014 S**



FIG. 4

FIG. 2   FIG. 1   FIG. 3

FIG. 5

FIG. 6



FIG. 10

FIG. 8   FIG. 7   FIG. 9

FIG. 11

FIG. 12