

relentless innovation and creativity™

Home › Catalog › All Aluminum Products (numeric/alphabetic order) › Carabiners › Key Caddy



# Cobra Clip

**SKU:** 131C                                                                                                   **$3.50**

**Color:** *

Please select

**Quantity:**

1



Click to Enlarge

Key Caddy



Home   Cart   Contact Us   Shipping Information   Policies and Disclaimers



All Patterns and Designs © 2009 Bison Designs, LLC
Website Design © 2009 Skyward Technology

 relentless innovation and creativity™

Home › Catalog › All Aluminum Products (numeric/alphabetic order) › Carabiners › Key Caddy

### Cobra Clip Large

**SKU:** 131C L  $4.00

**Color:** *
Please select

**Quantity:**
1

[ADD TO CART]


Click to Enlarge

Key Caddy

      

Home   Cart   Contact Us   Shipping Information   Policies and Disclaimers

All Patterns and Designs © 2009 Bison Designs, LLC
Website Design © 2009 Skyward Technology



relentless innovation and creativity™

Home › Catalog › All Aluminum Products (numeric/alphabetic order) › Carabiners › Key Caddy



## Cobra with Web

**SKU:** 131CW                                                                 **$4.80**

**Color:** *

Please select

**Quantity:**

1

      



Click to Enlarge

Key Caddy

Home   Cart   Contact Us   Shipping Information   Policies and Disclaimers



All Patterns and Designs © 2009 Bison Designs, LLC

Website Design © 2009 Skyward Technology



relentless innovation and creativity™

Home › Catalog › All Aluminum Products (numeric/alphabetic order) › Carabiners › Key Caddy



## Cobra with Web Large

**SKU:** 131CW L  $5.80

**Color:** *

Please select

**Quantity:**

1

[ADD TO CART]



Click to Enlarge

Key Caddy

      

Home | Cart | Contact Us | Shipping Information | Policies and Disclaimers

  

All Patterns and Designs © 2009 Bison Designs, LLC
Website Design © 2009 Skyward Technology