US00D455642S

(12) **United States Design Patent**  (10) Patent No.: **US D455,642 S**
Kelleghan  (45) Date of Patent: ∗∗ **Apr. 16, 2002**

(54) **CLIP**

(75) Inventor: **Brian James Kelleghan**, Longmont, CO (US)

(73) Assignee: **Bison Designs, L.L.C.**, Longmont, CO (US)

(∗∗) Term: **14 Years**

(21) Appl. No.: **29/131,502**

(22) Filed: **Oct. 23, 2000**

(51) **LOC (7) Cl.** .................................................. **08-05**
(52) **U.S. Cl.** ...................................................... **D8/367**
(58) **Field of Search** ................. D8/367, 370; 24/599.5, 24/600.2, 601.2, 598.4, 115 H, 343; 294/82.19; 248/322, 304, 339

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,083,431 A  *  4/1963  Lewis ...................... 294/82.19
4,622,724 A  * 11/1986  Dupre ......................... 24/130
5,257,441 A  * 11/1993  Harlow ...................... 24/599.5
5,538,303 A  *  7/1996  Dunham .................. 294/82.19

* cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Rick Martin; Patent Law Offices of Rick Martin, P.C.

(57) **CLAIM**

The ornamental design for a clip, as shown.

DESCRIPTION

FIG. **1** is a top side plan view of the clip of my new design for a clip.
FIG. **2** is a bottom side plan view of the clip shown in FIG. **1**.
FIG. **3** is a front side plan view of the clip shown in FIG. **1**.
FIG. **4** is a rear side plan view of the clip shown in FIG. **1**.
FIG. **5** is a left side plan view of the clip shown in FIG. **1**.
FIG. **6** is a right side plan view of the clip shown in FIG. **1**; and,
FIG. **7** is a top perspective view of the clip shown in FIG. **1**.

**1 Claim, 1 Drawing Sheet**



**U.S. Patent**        Apr. 16, 2002        US D455,642 S



FIG. 3

  

FIG. 5     FIG. 1     FIG. 6



FIG. 4



FIG. 2



FIG. 7