relentless innovation and creativity™

Home › Catalog › All Aluminum Products (numeric/alphabetic order) › Carabiners › Key Caddy

### Air Hook Mini

**SKU:** 132AH                                                                 **$3.00**

**Color:** *

Please select

**Quantity:**

1

[ADD TO CART]


Click to Enlarge

Key Caddy

      

Home    Cart    Contact Us    Shipping Information    Policies and Disclaimers

All Patterns and Designs © 2009 Bison Designs, LLC
Website Design © 2009 Skyward Technology