US00D520345S

## (12) United States Design Patent
Kelleghan

(10) Patent No.: **US D520,345 S**
(45) Date of Patent: ⁎⁎ **May 9, 2006**

(54) **CLIP**

(75) Inventor: **Brian James Kelleghan**, Longmont, CO (US)

(73) Assignee: **Bison Designs, L.L.C.**, Longmont, CO (US)

(⁎⁎) Term: **14 Years**

(21) Appl. No.: **29/202,662**

(22) Filed: **Apr. 2, 2004**

(51) **LOC (8) Cl.** .................................................. **08-05**
(52) **U.S. Cl.** ..................................................... **D8/356**
(58) **Field of Classification Search** ................. D8/356, D8/367; 24/599.5, 600.2, 601.2, 598.4, 115 H
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D55,819 S | 7/1920 | Roebuck | |
|---|---|---|---|
| 4,073,042 A | 2/1978 | Miller | |
| D271,465 S | 11/1983 | Boissonnet | |
| D282,904 S ⁎ | 3/1986 | Faidide | D8/367 |
| 4,622,724 A ⁎ | 11/1986 | Dupre | 24/130 |
| D345,688 S ⁎ | 4/1994 | McLean et al. | D8/356 |
| 5,329,675 A | 7/1994 | McLean et al. | |
| D391,473 S ⁎ | 3/1998 | Striebel | D8/367 |
| D455,642 S | 4/2002 | Kelleghan | |
| D462,891 S | 9/2002 | Kelleghan | |
| D466,791 S | 12/2002 | Kelleghan | |
| D468,997 S ⁎ | 1/2003 | Chang | D8/356 |
| D475,605 S | 6/2003 | Kelleghan | |

⁎ cited by examiner

*Primary Examiner*—Holly H. Baynham
(74) *Attorney, Agent, or Firm*—Margaret Polson; Patent Law Offices of Rick Martin, P.C.

(57) **CLAIM**

The ornamental design for a clip, as shown.

**DESCRIPTION**

FIG. **1** is a top plan view of my new design for a clip.
FIG. **2** is a bottom plan view of FIG. **1**.
FIG. **3** is a right side elevation view of FIG. **1**.
FIG. **4** is a left side elevation view of FIG. **1**.
FIG. **5** is a front side elevation view of FIG. **1**.
FIG. **6** is a back side elevation view of FIG. **1**; and,
FIG. **7** is a top perspective view of FIG. **1**.

**1 Claim, 1 Drawing Sheet**





FIG.5

FIG.3  FIG.1  FIG.4  FIG.2



FIG.6

FIG.7