# OPPEDAHL PATENT LAW FIRM LLC
### DILLON, COLORADO   WESTMINSTER, COLORADO

CARL OPPEDAHL
MARGARET POLSON

———————————

JESSICA L. OLSON
ABIGAIL L. SMITH
DANA M. STANGEL

WESTMINSTER:
TELEPHONE: + 1 303 252 8800
FAX: + 1 303 651 9654
WWW.OPPEDAHL.COM

December 22, 2011

SENDER'S DIRECT EMAIL
MLPOLSON@OPPEDAHL.COM

**Priority mail – Signature confirmation requested**

Brighton Inc.
14022 Nelson Ave.
City of Industry, CA 91746

Re:     Notice of infringement

Dear Sir or Madam:

This letter is to inform you that you are infringing the intellectual property rights of Bison Designs, LLC ("Bison") with the Crystal Ball Key Fob and Patchwork Valet Key Fob sold at https/www.brightonretail.com and in stores.   Enclosed are printouts and photographs of the infringing items.   Bison has filed numerous patent applications and copyright registrations on its novelty bottle openers, carabiners and other aluminum pieces in both the U.S. and China.  The Crystal Ball Key Fob infringes U.S. Des. Pat. No. D455,642.  The Patchwork Valet Key Fob infringes U.S. Des. Pat. No. D487,014.  Copies of the relevant patents are enclosed for your convenience.

A complete list of Bison's issued patents is also enclosed with this letter, so that you may avoid infringing any more of Bison's intellectual property rights.

The infringing items have been marked with the relevant patent number since the patents issued per Bison's standard business practice.  Product marking ensures that infringers are on notice of the patent.  Thus, infringers are liable for all infringement occurring since the products have been marked.  See 35 U.S.C. § 287(a).  In this case, you would be liable for all infringement since 2002 at the earliest, and 2004 at the latest.

Bison hereby demands that you immediately cease selling and offering for sale all of those products covered by issued U.S. patents until this matter can be resolved.  We further demand a complete accounting of all sales for each piece since the issue date of each patent and a complete record of all suppliers and purchasers since the date of the issuance of the patents.

If your company wishes to continue to sell Bison owned designs in the United States you should contact me directly regarding purchasing the products from Bison and obtaining a license to dispose of your current inventory.

If your company does not wish to purchase from Bison and obtain a license, please send this office a letter confirming that Brighton Inc. has discontinued selling the above listed carabiners and any other Bison owned designs.  Please include an accounting of the pieces already sold and the names and address of all suppliers.

Thank you in advance for you cooperation on this matter.

Sincerely,

Margaret Polson
Patent Attorney

/als
Enclosures

cc: Mr. Brian Kelleghan





Brighton® Whatever your style, personality, career, or mood, Brighton accessories are designed for you!

Search Go
Search by category

Email Registration · Products · Events · Store Locator · E-Cards · Wishlist · About Us · Contact · FAQ · Career Opportunities

Wishlist Catalog > Personal Accessories > Key Fobs >

# Crystal Ball Key Fob

Silver

**Style #**E12390

We see travel in your future, and this design is ready to weave a path to all the places you'll go!

**Width:** 3/4"
**Height:** 3/4"
**Finish:** Silver plated
**Features:** Handbag hook

**Suggested Retail Price:** $20.00

**Collection:** Crystal Ball

**You may also like these styles:**

Crystall Ball Ponytail Holder

Crystal Ball Pen

Crystal Ball Card Holder

Add To Wishlist Clear

Products | Accessories | Eyewear | Footwear | Handbags | Home & Gifts | Jewelry | Ladies Belts | Luggage | Wallets | Watches
Mobile | E-cards | Events | Gift Cards | Store Locator | Wishlist | About Us | Career Opportunities | FAQ | Privacy Policy | Contact Us

Follow brighton · 1,836 followers

**Brighton**

Whatever your style, personality, career, or mood, Brighton accessories are designed for you!

Search [          ] Go
Search by category

Email Registration · Products · Events · Store Locator · E-Cards · Wishlist · About Us · Contact · FAQ · Career Opportunities

Wishlist Catalog > Personal Accessories > Key Fobs >

## Patchwork Valet Key Fob

Silver

**Style #**E12880

A sweetheart of a fob on its own, or add Brighton ABC's charms to the fob.

**Width:** 2"
**Height:** 5"
**Finish:** Silver plated
**Features:** Handbag hook

**Suggested Retail Price:** $30.00

You may also like these styles:

Safari Elephant Key Fob

Sister Key Fob

Golf Anyone Key Fob

☐
Add To Wishlist   Clear

Products | Accessories | Eyewear | Footwear | Handbags | Home & Gifts | Jewelry | Ladies Belts | Luggage | Wallets | Watches
Mobile | E-cards | Events | Gift Cards | Store Locator | Wishlist | About Us | Career Opportunities | FAQ | Privacy Policy | Contact Us

✈ Follow    **brighton** · 1,836 followers





US00D455642S

(12) **United States Design Patent**   (10) Patent No.:      **US D455,642 S**

Kelleghan   (45) Date of Patent:   ✷✷   **Apr. 16, 2002**

(54) **CLIP**

(75) Inventor:   **Brian James Kelleghan**, Longmont, CO (US)

(73) Assignee:   **Bison Designs, L.L.C.**, Longmont, CO (US)

(**) Term:   **14 Years**

(21) Appl. No.: **29/131,502**

(22) Filed:   **Oct. 23, 2000**

(51) **LOC (7) Cl.** .................................... **08-05**
(52) **U.S. Cl.** ...................................... **D8/367**
(58) **Field of Search** ................ D8/367, 370; 24/599.5, 24/600.2, 601.2, 598.4, 115 H, 343; 294/82.19; 248/322, 304, 339

(56)   **References Cited**

U.S. PATENT DOCUMENTS

3,083,431 A  *  4/1963  Lewis ..................... 294/82.19
4,622,724 A  * 11/1986  Dupre ........................ 24/130
5,257,441 A  * 11/1993  Harlow .................... 24/599.5

5,538,303 A  *  7/1996  Dunham .................. 294/82.19

* cited by examiner

*Primary Examiner*—Pamela Burgess
(74) *Attorney, Agent, or Firm*—Rick Martin; Patent Law Offices of Rick Martin, P.C.

(57)   **CLAIM**

The ornamental design for a clip, as shown.

**DESCRIPTION**

FIG. **1** is a top side plan view of the clip of my new design for a clip.
FIG. **2** is a bottom side plan view of the clip shown in FIG. **1**.
FIG. **3** is a front side plan view of the clip shown in FIG. **1**.
FIG. **4** is a rear side plan view of the clip shown in FIG. **1**.
FIG. **5** is a left side plan view of the clip shown in FIG. **1**.
FIG. **6** is a right side plan view of the clip shown in FIG. **1**; and,
FIG. **7** is a top perspective view of the clip shown in FIG. **1**.

1 Claim, 1 Drawing Sheet



**U.S. Patent**                    Apr. 16, 2002                    US D455,642 S



*FIG.3*

                

*FIG.5*              *FIG.1*              *FIG.6*



*FIG.4*



*FIG.2*



*FIG.7*

US00D487014S

(12) **United States Design Patent**    (10) Patent No.:     **US D487,014 S**

Kelleghan    (45) Date of Patent:   ** *Feb. 24, 2004

---

(54) **CURVED HEART SHAPED CARABINER**

(75) Inventor:   **Brian James Kelleghan**, Longmont, CO (US)

(73) Assignee:  **Bison Designs, L.L.C.**, Longmont, CO (US)

( * ) Notice:   This patent is subject to a terminal disclaimer.

(**) Term:   **14 Years**

(21) Appl. No.: **29/173,268**

(22) Filed:   **Dec. 23, 2002**

(51) **LOC (7) Cl.** .................................................. **08-05**
(52) **U.S. Cl.** ..................................................... **D8/356**
(58) **Field of Search** ........................ D1/104, 120, 126; D8/333, 356, 367, 370, 383; D11/103, 133, 157, 200, 211; 24/583.1, 587.1, 588.1, 588.11, 594.11, 598.1, 598.2, 598.3, 598.4, 599.1, 599.2, 599.3, 599.5, 599.6, 599.7, 599.8, 599.9, 600.1, 600.3, 600.9, 601.5; 248/231.9, 231.91, 925; 294/82.17, 82.19, 82.2; 428/7, 13, 28

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D33,634 S | * 12/1900 | Lord, Jr. ...................... | D8/38 |
| D302,831 S | * 8/1989 | Lau ............................. | D19/65 |
| 5,329,675 A | 7/1994 | McLean et al. | |
| 5,390,510 A | * 2/1995 | Tirio-Cloonan ............. | 63/1.15 |
| D447,932 S | * 9/2001 | Kelleghan ................... | D8/356 |
| D454,054 S | 3/2002 | Kelleghan | |
| D465,146 S | * 11/2002 | Kopplin ...................... | D8/356 |

* cited by examiner

Primary Examiner—Doris V. Coles
Assistant Examiner—Elizabeth A. Albert
(74) Attorney, Agent, or Firm—Rick Martin; Patent Law Offices of Rick Martin P.C.

(57)    **CLAIM**

The ornamental design for a curved heart shaped carabiner, as shown and described.

**DESCRIPTION**

FIG. 1 is a top or bottom plan view, which are mirror images, of my new design for a curved heart shaped carabiner.
FIG. 2 is a right elevation view of the carabiner shown in FIG. 1.
FIG. 3 is a left side elevation view of the carabiner shown in FIG. 1.
FIG. 4 is a front side elevation view of the carabiner shown in FIG. 1.
FIG. 5 is a rear side elevation view of the carabiner shown in FIG. 1.
FIG. 6 is a top perspective view of the carabiner shown in FIG. 1.
FIG. 7 is a top or bottom plan view, which are mirror images, of an alternate embodiment of my new design for a curved heart shaped carabiner.
FIG. 8 is a right elevation view of the carabiner shown in FIG. 7.
FIG. 9 is a left elevation view of the carabiner shown in FIG. 7.
FIG. 10 is a front elevation view of the carabiner shown in FIG. 7.
FIG. 11 is a rear elevation view of the carabiner shown in FIG. 7; and,
FIG. 12 is a top perspective view of the carabiner shown in FIG. 7.

**1 Claim, 2 Drawing Sheets**





FIG.4

FIG.2

FIG.1

FIG.3

FIG.5

FIG.6



FIG.10

FIG.8

FIG.7

FIG.9

FIG.11

FIG.12

**List of Bison's Intellectual Property**

| U.S. Pat. No. | Title | Issue Date |
|---|---|---|
| D647,786 | Ice Skate Shaped Carabiner | 11/1/2011 |
| D646,556 | Double Carabiner | 10/11/2011 |
| D642,895 | Carabiner with Male Side Squeeze Buckle | 8/9/2011 |
| D631,331 | Handle | 1/25/2011 |
| D629,288 | Cleat with Rope Attachment Point | 12/21/2010 |
| D629,287 | Carabiner with Integrated Cleat | 12/21/2010 |
| D628,873 | Carabiner with Strap Attachment | 12/14/2010 |
| D628,463 | Angle Carabiner | 12/7/2010 |
| D622,178 | Belt Buckle with Bottle Opener | 8/24/2010 |
| D614,937 | Decorated Surface Carabiner | 5/4/2010 |
| D613,584 | Angle Carabiner | 4/13/2010 |
| D612,710 | Twisted Carabiner | 3/30/2010 |
| D609,078 | Carabiner with Male Side Squeeze Buckle | 2/2/2010 |
| D608,184 | Carabiner | 1/19/2010 |
| D602,766 | Carbon Fiber Carabiner | 10/27/2009 |
| D595,119 | Carabiner | 6/30/2009 |
| D594,738 | Double Clip | 6/23/2009 |
| D593,318 | Decorative Stud Holder | 6/2/2009 |
| D592,939 | Circle Carabiner with Attachment Slot | 5/26/2009 |
| D591,584 | Carbon Fiber Carabiner | 5/5/2009 |
| D589,235 | Visor | 3/31/2009 |
| D588,443 | Circle Carabiner with Attachment Slot | 3/17/2009 |
| D588,425 | Canoe Paddle Shaped Bottle Opener | 3/17/2009 |
| D586,259 | Carbon Fiber Buckle | 2/10/2009 |
| D585,727 | Paw Shaped Carabiner | 2/3/2009 |
| D577,572 | Carbon Fiber Carabiner | 9/30/2008 |
| D574,607 | Decorative Stud Holder | 8/12/2008 |
| D571,082 | Visor | 6/17/2008 |
| D569,203 | Cactus Shaped Bottle Opener | 5/20/2008 |
| D568,125 | Saxophone Shaped Bottle Opener | 5/6/2008 |
| D564,341 | Carabiner with Space for a Pinch Light | 3/18/2008 |
| D553,480 | Carabiner | 10/23/2007 |
| D550,065 | Moose Head Shaped Carabiner | 9/4/2007 |
| D548,057 | Fish with Feet Carabiner | 8/7/2007 |
| D545,679 | Tabbed Bottle | 7/3/2007 |
| D544,767 | Combined Guitar Shaped Bottle Opener and Pick Holder | 6/19/2007 |
| D534,416 | Gear Shaped Carabiner | 1/2/2007 |
| D533,760 | Wire Gate Carabiner w Tool Handle | 12/19/2006 |
| D533,051 | Helmet Shaped Carabiner | 12/5/2006 |
| D533,050 | Ribbon Shaped Carabiner | 12/5/2006 |
| D528,405 | Apple Shaped Carabiner | 9/19/2006 |
| D527,987 | Longhorn Shaped Carabiner | 9/12/2006 |

| U.S. Pat. No. | Title | Issue Date |
|---|---|---|
| D527,245 | Sprocket Shaped Carabiner | 8/29/2006 |
| D526,885 | Hexagon Shaped Carabiner | 8/22/2006 |
| D526,555 | Carabiner with tool Handle | 8/15/2006 |
| D525,780 | Container with Integrated Clip | 8/1/2006 |
| D521,362 | Clip | 5/23/2006 |
| D520,825 | Fish Shaped Bottle Opener | 5/16/2006 |
| D520,345 | Clip | 5/9/2006 |
| D519,035 | Easter Island Bottle | 4/18/2006 |
| D518,360 | Bison Shaped Carabiner | 4/4/2006 |
| D518,343 | Fire Axe Shaped Bottle Opener | 4/4/2006 |
| D517,881 | Dolphin Shaped Bottle Opener | 3/28/2006 |
| D517,419 | Tiki Bottle | 3/21/2006 |
| D516886 | Deer Head Shaped Bottle Opener | 3/14/2006 |
| D515,903 | Box Knife with Clip | 2/28/2006 |
| D513,158 | Flamingo Shaped Bottle Opener | 12/27/2005 |
| D511,281 | Lobster Shaped Bottle Opener | 11/8/2005 |
| D509,128 | Clover Shaped Carabiner | 9/6/2005 |
| D506,383 | Howling Canine Carabiner | 6/21/2005 |
| D505,847 | Bottle Opener | 6/7/2005 |
| D504,599 | Saw Shaped Bottle Opener | 5/3/2005 |
| D504,289 | Ice Axe Shaped Opener | 4/26/2005 |
| D501,787 | Sea Turtle shaped Carabiner | 2/14/2005 |
| D501,395 | Guitar Shaped Carabiner | 2/1/2005 |
| D501,381 | Hand Grip Bottle Opener | 2/1/2005 |
| D500,950 | Horse Shoe Shaped Carbiner | 1/18/2005 |
| D500,669 | Foot Shaped Carabiner | 1/11/2005 |
| D500,648 | Shark Shaped Bottle Opener | 1/11/2005 |
| D497087 | Hammer Shaped Bottle Opener | 10/12/2004 |
| D496,250 | Dragon Shaped Carabiner | 9/21/2004 |
| D495,937 | Surfboard Shaped Bottle Opener | 9/14/2004 |
| D495,570 | Snowshoe Shaped Bottle Opener | 9/7/2004 |
| D495,587 | Butterfly Shaped Carabiner | 9/7/2004 |
| D491,790 | Gecko Carabiner | 6/22/2004 |
| D491,465 | Tabbed Bottle Holder | 6/15/2004 |
| D491,047 | Trout Carabiner | 6/8/2004 |
| D489,256 | Mouse Head Bottle Holder | 5/4/2004 |
| D488,974 | Tikki Shaped Bottle Opener | 4/27/2004 |
| D488,970 | Parrot Shaped Bottle Opener | 4/27/2004 |
| D488,973 | Turtle Shaped Bottle Opener | 4/27/2004 |
| D488,972 | Fish Skeleton Shaped Bottle Opener | 4/27/2004 |
| D488,971 | Palm Tree Shaped Bottle Opener | 4/27/2004 |
| D487,014 | Curved Heart Shaped Carabiner | 2/24/2004 |
| D486,377 | Dolphin Carabiner | 2/10/2004 |
| D486,056 | Cat Carabiner | 2/3/2004 |
| D484,263 | Flashlight with Integrated Clip | 12/23/2003 |

| U.S. Pat. No. | Title | Issue Date |
|---|---|---|
| D484,071 | Belt Buckle | 12/23/2003 |
| D482,251 | Nut Shaped Bottle Opener | 11/18/2003 |
| D480,944 | Man on the Moon Shaped Carabiner | 10/21/2003 |
| D480,943 | Spade Shaped Carabiner | 10/21/2003 |
| D480,622 | Club Shaped Carabiner | 10/14/2003 |
| D478,823 | Compass Clip | 8/26/2003 |
| D476,540 | Fish Hook Shaped Bottle Opener | 7/1/2003 |
| D476,218 | Shark Shaped Carabiner with Bottle Opener | 6/24/2003 |
| D475,607 | Stocking Shaped Carabiner | 6/10/2003 |
| D475,606 | Pine Tree Shaped Carabiner | 6/10/2003 |
| D475,605 | Fish Hook Shaped Carabiner | 6/10/2003 |
| D475,604 | Pinwheel Shaped Carabiner | 6/10/2003 |
| D475,603 | Curved Dog Bone Shaped Carabiner | 6/10/2003 |
| D475,276 | Peanut Shaped Carabiner | 6/03/2003 |
| D475,275 | Boot Shaped Carabiner | 6/03/2003 |
| D473,781 | Football Shaped Carabiner | 4/29/2003 |
| D473,769 | Paw Shaped Bottle Opener | 4/29/2003 |
| D472,435 | Star End Tool | 4/1/2003 |
| D470,393 | Diamond Shaped Carabiner | 2/18/2003 |
| D467,830 | Dagger Ornament | 12/31/2002 |
| D467,480 | Oval End Tool | 12/24/2002 |
| D467,157 | Triad Shaped Carabiner | 12/17/2002 |
| D451,774 | Toothed fish bottle opener | 12/11/2002 |
| D466,793 | Wide Angle Star Carabiner | 12/10/2002 |
| D466,791 | Question Mark Carabiner | 12/10/2002 |
| D466,770 | Round End Tool | 12/10/2002 |
| D466,769 | Yin Yang Tool | 12/10/2002 |
| D466,768 | Alien Tool | 12/10/2002 |
| D465,993 | Fish Shaped Carabiner | 11/26/2002 |
| D465,994 | Crown Shaped Carabiner | 11/26/2002 |
| D465,995 | Peace Sign Shaped Carabiner | 11/26/2002 |
| D465,723 | Chili Pepper Shaped Carabiner | 11/19/2002 |
| D462,891 | Triad Clip | 9/17/2002 |
| D459,173 | Fish Shaped Bottle Opener | 6/25/2002 |
| D456,693 | Round Yin-Yang Shaped Carabiner | 5/7/2002 |
| D455,642 | Clip | 4/16/2002 |
| D454,054 | Circle Carabiner | 3/5/2002 |
| D453,455 | Lantern Shaped Bottle Opener | 2/12/2002 |
| D453,454 | Kokopelli Shaped Bottle Opener | 2/12/2002 |
| D452,123 | Gecko Shaped Bottle Opener | 12/18/2001 |
| D449,500 | Guitar Shaped Bottle Opener | 10/25/2001 |
| D448,276 | Peace Fish Shaped Carabiner | 9/25/2001 |
| D447,933 | 2-D Cube Carabiner | 9/18/2001 |
| D447,932 | Heart Shaped Carabiner | 9/18/2001 |
| D447,681 | Bone Shaped Carabiner | 9/11/2001 |

3

| U.S. Pat. No. | Title | Issue Date |
|---|---|---|
| D447,680 | Flower Shaped Carabiner | 9/11/2001 |
| D444,100 | Belt Buckle | 6/26/2001 |
| D442,838 | Kayak Shaped Bottle Opener | 5/29/2001 |
| D442,448 | Foot Shaped Bottle Opener | 5/22/2001 |
| D441,638 | Yin-Yang Shaped Carabiner | 5/8/2001 |
| 5,572,771 | Strap Buckle | 11/12/1996 |

| Chinese Pat No. | Title |
|---|---|
| 03354593.6 | Flashlight with Integrated Clip |
| 01302199.0 | Fish Shaped Carabiner |
| 01302198.2 | Ying-Yang Shaped Carabiner |
| 01302129.X | Football Shaped Carabiner |
| ZL03354594.4 | Man on the Moon Shaped Carabiner |
| ZL200330104763.3 | Dolphin Carabiner |

| Registration No. | Title | Registration Date |
|---|---|---|
| VA 1-648-893 | Donkey Bottle Opener | 9/26/2008 |
| VA 1-648-903 | Elephant Bottle Opener | 9/26/2008 |
| VAu 1-003-339 | Arrowhead Carabiner | 6/16/2008 |
| VA 1-160-019 | Fighter Fish Bottle Opener | 1/28/2002 |
| VA 1-160-023 | Foot Opener | 1/28/2002 |
| VA 1-160-021 | Chili Pepper | 1/28/2002 |
| VA 1-160-017 | Snowmobile | 1/28/2002 |
| VA 1-160-018 | Big Mouth Bass | 1/28/2002 |
| VA 1-160-020 | Paw Print | 1/28/2002 |
| VA 1-160-022 | Skateboard | 1/28/2002 |
| VA 1-075-191 | Flat Bottom Kayak Opener | 12/26/2000 |
| VA 1-080-098 | Gecko Opener | 12/26/2000 |
| VA 1-080-097 | Trouser Trout Opener | 12/26/2000 |
| VA 1-074-143 | Motorcycle Opener | 12/22/2000 |
| VA1-091-635 | Curved Bottom Kayak Opener | 12/18/2000 |
| VA 1-091-636 | Guitar Opener | 12/18/2000 |
| VA 1-091-637 | Koko Opener | 12/18/2000 |
| VA 919-811 | Santa Fe Webbing | 12/3/1998 |
| VA 919-810 | Guatemala Earth Tone Webbing | 12/3/1998 |