

Date: 01/04/2012

The following is in response to your 01/04/2012 request for delivery information on your Signature Confirmation(TM) item number 9410 8036 9930 0026 4557 87. The delivery record shows that this item was delivered on 12/28/2011 at 09:20 AM in LA PUENTE, CA 91747 to B MADRIGAL. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service