

**GLENDALE OFFICE**
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Post Office Box 29001
Glendale, CA 91209-9001
E-mail: info@cph.com
Tel: (626) 795-9900 · Fax: (626) 577-8800

March 29, 2012

James B. Christie   (1904-1959)
Robert L. Parker    (1920-1980)
C. Russell Hale     (1916-2004)

David A. Dillard
Thomas J. Daly
Edward R. Schwartz
John D. Carpenter
Wesley W. Monroe
David A. Plumley
Gregory S. Lampert
Mark Garscia
Syed A. Hasan
Robert A. Green
Howard A. Kroll
Michael J. MacDermott
Anne Wang
Constantine Marantidis
Gary J. Nelson
Raymond R. Tabandeh
Josephine E. Chang
Jun-Young E. Jeon
Brian K. Brookey
David J. Steele
Peter C. Hsueh
Oliver S. Bajracharya
Lauren E. Schneider
G. Warren Bleeker
Daniel R. Kimbell
Gabriel Fitch
Tiffany A. Parcher
Steven E. Lauridsen
Derek W. Yeung
Jason C. Martone
Joshua T. Chu
David W. Klinger
Bruce A. Wagar, Ph.D.
Phyllis C. Simon
Justin O. Ehresmann, Ph.D.
Shaun P. Lee
Ryan M. Swank
Faustina Y. Lee
Eric C. Arnell
Dustin R. Szakalski

**Of Counsel**
Walter G. Maxwell
Richard A. Wallen

**Patent Agents**
Nicole Ballew Chang, Ph.D.

<u>**Via Email With Confirmation By Mail**</u>
MLPolson@oppedahl.com

Ms. Margaret Polson
OPPEDAHL PATENT LAW FIRM LLC
12000 Pecos Street, Suite 252
Westminster, CO 80234-2011

Re:   **Evaluation of Allegation of Infringement by Bison Designs, LLC**
      **CPH Ref. B883:30.2*8**

Dear Ms. Polson:

    We are in receipt of your letter dated March 7, 2012. Unfortunately, we do not agree with your assessment and your opinion that the Brighton Collectibles, Inc. ("Brighton") Patchwork Valet Key Fob and Crystal Ball Key Fob infringe U.S. Design Patent Nos. D487,014 (the '014 patent") and D455,642 ("the '642 patent"), respectively. As you correctly stated in your letter, "the ordinary observer test applies to the patented design <u>in its entirety</u>, as it is claimed." (Emphasis Added). Comparing the design disclosed in the '014 patent and Brighton Patchwork Valet Key Fob, as done side by side in your letter, it is clear that the overall shape and design features of the Brighton Patchwork Valet Key Fob are substantially different from the design <u>in its entirety</u> as disclosed in the '014 patent. Similarly, we are of the opinion that the design of the Brighton Crystal Ball Key Fob is sufficiently different from the design <u>in its entirety</u> as depicted in the '642 patent. For example the overall curvatures of the Brighton Crystal Ball Key Fob are different from those disclosed in the '642 patent. Moreover, the '642 patent calls for a solid body whereas the Brighton Crystal Ball Key Fob does not have a solid body.

    We are very confident of our position that the Patchwork Valet Key Fob and the Crystal Ball Key Fob do not infringe the '014 patent and the '642 patent, respectively. Consequently, we have a filed a Complaint, a courtesy copy of which is enclosed herein for your reference, with the Federal District Court, Central District of California, seeking a declaratory judgment of non-infringement.

    We hope to be able to resolve this matter amicably without having to resort to litigation. As such, we are willing to work with your client to reach an



Ms. Margaret Polson
OPPEDAHL PATENT LAW FIRM LLC
Page 2

agreement prior to serving the enclosed Complaint.  Please contact me no later than April 17, 2012, if your client is interested in resolving this matter amicably.

Very truly yours,

Constantine Marantidis

CM/mml
Enclosure:  Complaint

cc:  Brighton Collectibles, Inc.

MML PAS1166371.1-*-03/26/12 3:04 PM

cph  CHRISTIE | PARKER | HALE LLP
Leaders in Intellectual Property Law & Complex Litigation