EDWARD R. SCHWARTZ, CA Bar No. 147553
ers@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Post Office Box 29001
Glendale, California 91209-9001
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
BRIGHTON COLLECTIBLES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTON COLLECTIBLES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BISON DESIGNS, LLC, <br><br> Defendant. | Case No. CV12-2741-SVW-CWx <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Rule 41(a)(1), Plaintiff Brighton Collectibles, Inc. hereby dismisses all of its claims without prejudice.

DATED: July 25, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By _____
Edward R. Schwartz

Attorneys for Plaintiff,
BRIGHTON COLLECTIBLES, INC.

SES PAS1185957.1-*-07/25/12 1:31 PM

-1-

CHRISTIE, PARKER & HALE, LLP