IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-02180

BISON DESIGNS, LLC,
    Plaintiff,

v.

BRIGHTON COLLECTIBLES, INC., et al.,
    Defendants.

## JOINT ISSUES DOCUMENT

The Parties, Plaintiff, Bison Designs, LLC ("Bison") and Defendant, Brighton Collectibles, Inc. ("Brighton"), by and through their undersigned attorneys, file this Joint Issues Document in preparation for the Status Conference before the Hon. William J. Martinez on May 24, 2013 at 9:30 a.m.

### 1.  CASE SYNOPSIS

The Parties are on the verge of completing all written discovery, and are focusing now on scheduling several depositions during August 2013. The Parties anticipate that all lay witness depositions will be concluded by September 2013, following which each side anticipates taking an expert deposition during 2013, following which this matter should be ready for trial.

### 2.  REFERENCE TO THE THREE PATENTS AND KEY PRIOR ART INVOLVED

The three Patents-in-Suit are: (1) U.S. Design Patent No. D487,014 (issued 2/24/04), which protects a product invented by Kelleghan, called "Curved Heart Shaped Carabiner," now sold as Bison's "Heart Mini";  (2) U.S. Design Patent No. D455,642 (issued 4/16/02), which protects a product invented by Kelleghan, called "Clip," now sold as Bison's "Cobra Clip";  and

1

(3) U.S. Design Patent No. D520,345 (issued 5/9/06), which protects a product invented by Kelleghan, also called "Clip," now sold as Bison's "Air Hook."

The Plaintiff believes that the relevant prior art is that contained in the list of references cited in each of the Patents-in-Suit. Brighton's position is that the designs pictured in the patents are ubiquitous and commonly available years before the patents were filed. Brighton will disclose all prior art relevant to the question of patent validity by June 25, 2013. Neither party has produced additional prior art at this time. Brighton has asserted that U.S. Design Patent No. D447,932 is particularly relevant prior art for the "Curved Heart Shaped Carabiner" / "Heart Mini".

### 3.  STATUS OF FURTHER SETTLEMENT NEGOTIATIONS

Although the Parties currently are not actively engaged in further settlement negotiations, they plan to engage in ADR following the completion of the lay witness depositions.

### 4.  ISSUES TO BE ADDRESSED AT THE STATUS CONFERENCE

Staging or timing of Motions for Summary Judgment on infringement and validity.

### 5.  ANTICIPATED LENGTH OF STATUS CONFERENCE

The Parties do not anticipate that the Status Conference will exceed 30 minutes.

DATED this 17th day of May 2013.

| *Counsel for Plaintiff Bison Designs, LLC* | *Counsel for Defendant Brighton Collectibles, Inc.* |
|---|---|
| /s/ Scott T. Kannady | /s/ Aaron P. Bradford |
| Scott T. Kannady, Esq. | Aaron P. Bradford, Esq. |
| David J. Meretta, Esq. | Lauren Sykes, Esq. |
| Brown & Kannady, LLC | Lathrop & Gage, LLP |
| 2000 S. Colorado Blvd., Ste. 2-610 | 950 17th Street, Suite 2400 |
| Denver, CO 80222 | Denver, Colorado 80202 |
| 303-757-3800 | 720-931-3200 |
| scott@brownlegal.com | abradford@lathropgage.com |
| david@brownlegal.com | lsykes@lathropgage.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on 17th day of May 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which notifies the following counsel:

Aaron P. Bradford
abradford@lathropgage.com

Lauren Sykes
lsykes@lathropgage.com

Stephen J. Horace
shorace@lathropgage.com

George G. Matava
gmatava@lathropgage.com

                                              By: s/ Karin R. West
                                                  Karin R. West, Paralegal
                                                  Brown & Kannady, LLC