IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter: Gwen Daniel | Date: May 24, 2013 |

_____

| | |
|---|---|
| Civil Action No.  12-cv-02180-WJM | Counsel: |
| BISON DESIGNS, LLC, | Scott T. Kannady<br>David J. Meretta |
| Plaintiff, | |
| v. | |
| BRIGHTON COLLECTIBLES, INC., et al., | Aaron P. Bradford<br>Lauren Sykes |
| Defendants. | |

_____

COURTROOM MINUTES
_____

STATUS CONFERENCE

09:30 a.m.    Court in Session

Appearances

Court's comments

Status by Mr. Kannady- they have almost completed written discovery and probably all the lay witnesses will be deposed in August. After the depositions, he thinks they would be in a position to either make an offer or enter into some sort of ADR with the defendants.

Status by Mr. Bradford - he does not disagree with anything Mr. Kannady just said.

Further comments by Mr. Bradford

Court's comments

Mr. Bradford submits physical products to the Court for purposes of evaluation of the case.

Further Discussion/Argument

**ORDERED: Counsel shall contact Magistrate Judge Boland's chambers no later than Wednesday, May 29, 2013 to set a settlement conference in late September after the conclusion of the lay-witness depositions.**

10:03 a.m.     Court in Recess
               Hearing concluded
               Time: 33 minutes